**Jeffrey M. Edelson**, OR Bar No. 880407
jeffedelson@mhgm.com
Markowitz, Herbold, Glade & Mehlhaf, PC
1211 SW Fifth Avenue
Suite 3000
Portland, OR 97204
Phone: (503) 295-3085
Fax:    (503) 323-9105
*Local Counsel for Plaintiff SBC Global Services, Inc.*

**Paul R. Franke, III**, CO Bar No. 12275
pfranke@fgll-law.com
Franke Greenhouse List & Lippitt LLP
1228 Fifteenth Street, 2nd Floor
Denver, Colorado 80202-1600
Phone: (303) 623-4500
Fax:    (303) 623-0960
*Attorneys for Plaintiff SBC Global Services, Inc.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| SBC GLOBAL SERVICES, INC., a Delaware corporation, d/b/a AT&T GLOBAL SERVICES, o/b/o SOUTHWESTERN BELL TELEPHONE, L.P. d/b/a AT&T TEXAS<br><br>                Plaintiff,<br><br>    v.<br><br>AFT TECHNOLOGIES, LTD., an Oregon corporation; and TELEPHONE MANAGEMENT CORPORATION d/b/a AFT TECHNOLOGIES, LTC., an Oregon corporation,<br><br>                Defendants. | CIVIL CASE NO. 3:09-CV-427-MO<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, SBC Global Services, Inc. d/b/a AT&T Global Services o/b/o Southwestern Bell Telephone, L.P. d/b/a AT&T Texas ("Plaintiff") and Defendants AFT Technologies, LTD

and Telephone Management Corporation d/b/a AFT Technologies, LTC ("Defendants") hereby file this Stipulation for Dismissal with Prejudice pursuant to LR 41-1, because all matters in controversy in this lawsuit have been resolved by settlement (the "Settlement").  This Court shall retain jurisdiction over the parties to enforce such Settlement agreement.  Based on such Settlement and subject thereto, Plaintiff and Defendants stipulate that the above-captioned lawsuit and each of their respective claims thereunder are dismissed with prejudice.  All claims asserted in the lawsuit and any claims arising out of or relating matters and/or transactions that are the subject of the lawsuit which have been, could have been, or should have been, asserted by Plaintiff or the Defendants are, therefore, hereby dismissed with prejudice.  The parties have agreed to bear their own attorneys' fees and costs.

It is therefore Stipulated and Agreed this 2nd day of February, 2010.

*S/* Paul R. Franke, III  
Paul R. Franke, III  
Non-Resident Counsel, *Pro Hac Vice*  
FRANKE GREENHOUSE LIST & LIPPITT LLP  
1228 Fifteenth Street, 2nd floor  
Denver, CO 80202  
(303) 623-4500 phone  
ATTORNEY FOR PLAINTIFF

*S/* F. Antone Accuardi  
F. Antone Accuardi  
2331 SW Fifth Avenue, Second Floor  
Portland, OR 97201  
(503) 223-7747  
OR Bar No. 97461  
ATTORNEY FOR DEFENDANTS

**Jeffrey M. Edelson**, OR Bar No. 880407  
Markowitz, Herbold, Glade & Mehlhaf, PC  
1211 SW Fifth Avenue  
Suite 3000  
Portland, OR 97204  
Phone: (503) 295-3085  
*Local Counsel for Plaintiff SBC Global Services, Inc.*